# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 14, 2026
Lyle W. Cayce
Clerk

No. 25-11185

In the Matter of Highland Capital Management, L.P.

*Debtor*,

NexPoint Real Estate Partners, L.L.C.,

*Appellant*,

*versus*

Highland Capital Management, L.P.,

*Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-1479

JUDGMENT

Before Stewart, Graves, and Wilson, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Sep 16, 2026**

**Attest:** Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2026

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 25-11185 NexPoint v. Highland
USDC No. 3:24-CV-1479

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

cc w/encl:
- Mr. Zachery Z. Annable
- Mr. Benjamin L. Bernell
- Mr. Michael Burrage
- Mr. Gregory Vincent Demo
- Mr. Charles William Gameros Jr.
- Ms. Melissa Sue Hayward
- Mr. Jordan A. Kroop
- Mr. John A. Morris
- Mr. Jeffrey N. Pomerantz
- Ms. Amy Lynne Ruhland
- Ms. Hayley R. Winograd